**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>                                                )<br>            Plaintiff,                )<br>                                                )<br>      v.                                    )<br>                                                )<br> Helen Rojas; Rosa Marina Canez, )<br>                                                )<br>            Defendants.            )<br>_____) | No. 05-6241M<br><br>**ORDER** |

    IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3144, Rules 15(a) and 46(h), F.R.Cr.P. and General Order No. 98-44 of the United States District Court for the District of Arizona, that the depositions of the following material witnesses will be taken by video tape on <u>October 20, 2005 at 1:30 p.m.</u>, unless an objection is raised by a party, and after a Rule 15 hearing, the Court vacates this Order and either postpones or denies the taking of depositions:

Pedro Rodriguez-Enrique
Anna Roo Valladares-Alfesez

    Counsel for the parties--plaintiff, defendants and material witnesses--and defendants shall be present at the above time.

    The United States Attorney shall advise the defendants in writing, prior to the time set for the depositions, of any additional charges the Government intends to bring against the defendant(s) arising out of the same set circumstances alleged in the complaint.

1   The date(s) and place(s) where the offense(s) occurred as well as the name(s) of any
2 undocumented alien(s) to be named as the person(s) transported, induced to enter the country,
3 harbored, etc. shall be provided.

4   IT IS FURTHER ORDERED that the United States shall comply with its discovery
5 obligations pursuant to Rule 15(e)(3), F.R.Cr.P., by making available to the defendant "...any
6 statement of the witness being deposed...."

7   IT IS FURTHER ORDERED that the U.S. Marshal arrange for defendants who are
8 in custody to appear in street clothes not in jail uniforms.

9   IT IS FINALLY ORDERED that pursuant to General Order No. 98-44 that all counsel
10 and defendants appear immediately following the video depositions of the material witnesses
11 to show cause why the material witnesses should not be immediately discharged and/or
12 released from the custody of the U.S. Marshal and be delivered to the custody of the Bureau
13 of Immigration and Customs Enforcement.

14   DATED this 18th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge